IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MUHAMMAD ALIAHMED and<br>EVONCA SAKINAH S. ALIAHMED,<br>a/k/a Hermione Kelly Ivy Winter,<br>f/k/a David Allen Allemandi, | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civ. No. 20-491-LPS |
| WARDEN MAY, et al., | :<br>: |
| Defendants. | : |

-----------------------------------------------------------------

| | |
|---|---|
| HERMIONE KELLY IVY WINTER, | : |
| Plaintiff, | :<br>: |
| v. | : Civ. No. 20-134-LPS |
| JOHN DOE, | :<br>: |
| Defendant. | : |

**MEMORANDUM ORDER**

At Wilmington this 28th day of May, 2020:

1. Recently, Plaintiff Hermine Kelly Ivy Winter ("Plaintiff") filed two lawsuits. One was opened on January 29, 2020 and assigned Civ. No. 20-134-LPS. The other, filed under Plaintiff's married name with co-Plaintiff Muhammad Aliahmed, was opened on April 9, 2020 and assigned Civ. No. 20-491-LPS. Plaintiff advises that Civ. No. 20-491-LPS is a duplicate case, opened in error. However, the complaint filed in Civ. No. 20-491-LPS was received more than two months after 20-134-LPS was opened, had no case number, and provided a line to insert the case number, indicating it was a new case. In addition, the complaint in 20-491-LPS names two Plaintiffs, not one; Muhammad Aliahmed was not a named plaintiff in Civ. No. 20-134-LPS. Also,

1

the lone defendant in 20-134-LPS is John Doe while 20-491-LPS names over 30 defendants. Therefore, the Clerk's Office correctly opened a new case upon receipt of the complaint that opened case 20-491-LPS, rather filing it in Civ. No. 20-134-LPS.

2. Federal Rule of Civil Procedure 42 provides for consolidation "[w]hen actions involv[e] a common question of law or fact . . . to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). "District courts have the inherent authority to order consolidation *sua sponte*." *Plimpton v. Cooper*, 141 F. Supp. 2d 573, 575 (W.D. N.C. 2001) (citing *Pickle v. Char Lee Seafood, Inc.*, 174 F.3d 444 (4th Cir. 1999)). Because both complaints here concern common questions of law and fact, the Court finds it appropriate to consolidate the cases.

IT IS THEREFORE ORDERED that:

1. Civil Action Nos. 20-491-LPS and 20-134-LPS are **CONSOLIDATED** for all purposes. **CIVIL ACTION NO. 20-491-LPS SHALL BE THE LEAD CASE. CIVIL ACTION NO. 20-134-LPS SHALL BE THE MEMBER CASE.**

2. The caption of the Consolidated Action is as follows:

```
-----------------------------------------------------------------
MUHAMMAD ALIAHMED and                 :
EVONCA SAKINAH S. ALIAHMED,           :
a/k/a Hermione Kelly Ivy Winter,      :
f/k/a David Allen Allemandi,          :
                                      :
         Plaintiffs,                  :
                                      : CONSOLIDATED
     v.                               : Civ. No. 20-491-LPS
                                      :
WARDEN MAY, et al.,                   :
                                      :
         Defendants.                  :
-----------------------------------------------------------------
```

3. The complaint filed in Civil Action No. 20-491 at D.I. 1 is the operative complaint.

2

4. All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record in the Consolidated Action.

5. **HEREAFTER, ALL FUTURE COURT PLEADINGS AND DOCUMENTS SHALL BE FILED ONLY IN CONSOLIDATED CIVIL ACTION NO. 20-491-LPS. The Court will not accept pleadings filed in Civil Action No. 20-134-LPS.**

IT IS FURTHER ORDERED that:

1. Plaintiff's motion to correct urgent clerical error and request, docketed in Civ. No. 20-491-LPS at D.I. 9, is DENIED.

2. The Court takes judicial notice that Plaintiff was formerly known as David Allemandi until she legally changed her name in December 2017. *See Winter v. State*, 191 A.3d 291, 2018 WL 3569960, at *1 (Del. July 24, 2018) (table decision). Also, Plaintiff and David Allemandi have the same prison SBI No. 662660 and, in support of her claims, Plaintiff filed exhibits that include grievances under the dual names of David Allemandi and Hermione Kelly Ivy Winter (as a transgender individual) and under the name David Allemandi (as a male). (*See* D.I. 7-11 at 7, 11, 15, 18 , 27)

IT IS FINALLY ORDERED that:

Plaintiffs shall comply with the requirements and deadlines set forth in the Court's May 19, 2020 Order entered in Civ. No. 20-491-LPS at D.I. 7.

/s/ Leonard P. Stark
HONORALBE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

3